IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 05- 99 - UNA |
| ) | |
| ROBERT URQUHART, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: November 10, 2005

AND NOW, to wit, this __10__ day of __November__, 2005, upon the foregoing Motion,

**IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
NOV 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE