Filed in open court 2/16/06

(5)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-99 |
| | ) | |
| ROBERT URQUHART, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Robert Urquhart has been arrested.

COLM F. CONNOLLY
United States Attorney

By: _/s/ Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

Dated: February 16, 2006

**AND NOW**, this ___16___ day of ___February___, 2006, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_/s/_
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
FEB 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE