AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____



UNITED STATES OF AMERICA

V.

ROBERT URQUHART

## WARRANT FOR ARREST

Case Number:   CR 05-99-UNA

To: The United States Marshal
and any Authorized United States Officer

SEALED   2/16/06 UNSEALED
UNSEALED 9/19/06

YOU ARE HEREBY COMMANDED to arrest _____ ROBERT URQUHART _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court      Violation            Probation Violation Petition

charging him or her        (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE - ( COUNTS I THRU IV )

in violation of _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(B) _____

Peter T. Dalleo _____          Clerk, United States District Court _____
Name of Issuing Officer                                                Title of Issuing Officer

By [signature] , DEPUTY CLERK .          November 10 , 2005 in Wilmington, DE _____
Signature of Issuing Officer                              Date and Location

FILED

FEB 17 2006

Bail fixed at $ _____          by _____
                                                                          Name of Judicial Officer

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/15/06 | Eric Miller | Eric Miller, S/A |