

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-99 |
| Robert Urquhart | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Robert Urquhart, in the above-captioned matter.



/s/   PENNY MARSHALL
PENNY MARSHALL, ESQUIRE


/s/ CHRISTOPHER KOYSTE
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Robert Urquhart

DATED: February 22, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Substitution of Counsel and Entry of Appearance were hand delivered to the box designated in the Clerk's Office to:

>Richard G. Andrews
>Assistant United States Attorney
>Chase Manhattan Centre
>1201 Market St.
>Suite 1100
>P.O. Box 2046
>Wilmington, DE   19899-2046

/s/ CHRISTOPHER S. KOYSTE
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Robert Urquhart

DATED: February 22, 2006

Notices
1:05-cr-00099-UNA USA v. Urquhart

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Koyste, Christopher S. entered on 2/22/2006 at 10:58 AM EST and filed on 2/22/2006
**Case Name:** USA v. Urquhart
**Case Number:** 1:05-cr-99
**Filer:** Dft No. 1 - Robert Urquhart
**Document Number:** 10

**Docket Text:**
NOTICE OF SUBSTITUTION OF COUNSEL: Entry of appearance of attorney Christopher S. Koyste. Attorney Penny Marshall terminated in case as to Robert Urquhart. (Koyste, Christopher)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2006] [FileNumber=172707-0]
[9b6bb2ef67e8100fef1bc749c96f7c338b3a76b50e0c36b67e451a0b4f573584ed17
86978dc863760ba83ee15733dd9fd6c630a1fb40d3a377cd53cc82c62ba1]]

**1:05-cr-99-1 Notice will be electronically mailed to:**

Richard G. Andrews    Richard.Andrews2@usdoj.gov, sharon.bernardo@usdoj.gov; usade.ecf@usdoj.gov

**1:05-cr-99-1 Notice will be delivered by other means to:**