UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. CR05-99-SLR |
| vs. | ) |
| ROBERT URQUHART | ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on FEBRUARY 24, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **O**RDERED that the deadline for the defendant to file pretrial motions is extended until JUNE 8, 2006 The time between the date of this order and JUNE 8, 2006. shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE