IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-099-SLR |
| ) | **SEALED CASE** |
| ROBERT URQUHART, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 20th day of June, 2006,

IT IS ORDERED that a telephone conference is scheduled for **Wednesday, September 6, 2006 at 4:30 p.m.**, with the court initiating said call.

_____
United States District Judge