

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>  v.  )   Crim. No. 05-099-SLR  <br>  )   **SEALED CASE**  <br>  ROBERT URQUHART,  )  <br>  )  <br>  Defendant.  )  | |

**O R D E R**

At Wilmington this 6th day of September, 2006, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Tuesday, September 19, 2006** at **8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge