

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff            )
        v.                               )          Criminal Action No. 05-99-SLR
                                         )
ROBERT URQUHART,                         )
                                         )
                    Defendant.           )

### **MOTION TO UNSEAL CASE FILE AND TO SEAL CERTAIN DOCKET ITEMS**

Now Comes the United States, and states as follows:

1.    Upon Motion of the Defendant (D.I. 14), the case file was sealed on February 24, 2006.

2.    The Defendant is scheduled for a guilty plea on September 19, 2006, and there is no longer any reason to keep the case file as a whole sealed. Thus, the United States would request that the case file be unsealed.

3.    Nevertheless, undersigned counsel has reviewed the docket entries for this case, and reviewed the contents of some of the docket items, and submits that it would be in the interest of justice to keep sealed the following docket items: 11, 12, 14, 18, and 19.

4.    The United States has discussed this Motion with defense counsel, who does not oppose it.

Wherefore, the United States requests that the Court enter an order unsealing the case file, and sealing docket items 11, 12, 14, 18, and 19 until further order of the court.

COLM F. CONNOLLY
United States Attorney

By: _____

Richard G. Andrews
First Assistant United States Attorney

Dated: 9/14/06

IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | )· | Criminal Action No. 05-99-SLR |
| | ) | |
| ROBERT URQUHART, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

It is hereby ORDERED this _____ day of _____ 2006, that:

1.    The case file in the above-captioned case is unsealed; and

2.    Docket items 11, 12, 14, 18, and 19 are sealed until further order of the Court.

_____
Honorable Sue L. Robinson
Chief United States District Judge

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     Criminal Action No. 05-99-SLR |
| | ) |
| ROBERT URQUHART | ) |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on

September 14, 2006, I served the foregoing:

### MOTION TO UNSEAL CASE FILE AND TO SEAL CERTAIN DOCKET ITEMS

by causing two copies of said document to be hand delivered to counsel of record as follows:

      Christopher Koyste, Esquire
      Assistant Federal Public Defender
      704 King Street, Suite 110
      Wilmington, Delaware 19801

Sharon L. Bernardo