IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff  )<br>v.  )<br>  )<br>ROBERT URQUHART,  )<br>  )<br>        Defendant.  ) | Criminal Action No. 05-99-SLR |

**ORDER**

It is hereby ORDERED this  19th  day of  September  2006, that:

1. The case file in the above-captioned case is unsealed; and

2. Docket items 11, 12, 14, 18, and 19 are sealed until further order of the Court.

                                                                                                                                                                                       /s/ Sue L. Robinson
                                                          Honorable Sue L. Robinson
                                                          Chief United States District Judge

FILED

SEP 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE