IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Criminal Action No. 05-99-SLR |
| | ) | |
| ROBERT URQUHART, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS ordered this __25th__ day of __October__, 2006, that the sentencing scheduled for December 18, 2006, is hereby postponed;

IT IS further ordered that the parties advise the Court when the Court should re-schedule the sentencing.

_____
HONORABLE SUE L. ROBINSON
Chief Judge
United States District Court