**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| v. | :Criminal Action No. 05-99-SLR |
| | : |
| ROBERT URQUHART, | : |
| | : |
| Defendant. | : |

**NOTICE OF ENTRY OF APPEARANCE**

Notice is hereby given to entry of appearance of Lesley F. Wolf, as attorney for the plaintiff, United States of America, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277
lesley.wolf@usdoj.gov

Dated: August 27, 2007