IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-99-SLR |
| | : | |
| ROBERT URQUHART, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Urquhart's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing is rescheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

_____
The Honorable Sue L. Robinson
United States District Court