IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-99-SLR |
| ROBERT URQUHART ) | |
| Defendant. ) | |

## MOTION TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court as follows:

1. The defendant was indicted on November 10, 2005, in a four-count Indictment charging him with distribution and possession with intent to distribute cocaine base ("crack").

2. On September 19, 2006, the defendant pleaded guilty to Counts One and Four of the Indictment. Under the memorandum of plea agreement, the Government agreed to dismiss the remaining counts of the Indictment at sentencing.

3. The defendant was sentenced by this Court on January 22, 2008, and the Government respectfully requests that this Court enter an Order dismissing Counts Two and Three of the Indictment.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: January 24, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. 05-99-SLR |
| v. | ) | |
| ROBERT URQUHART | ) | |
| Defendant. | ) | |

**ORDER**

IT IS ORDERED this _____ day of _____, 2008, that Counts Two and Three of the Indictment dated November 10, 2007, shall be dismissed.

_____
HONORABLE SUE L. ROBINSON
United States District Judge