**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,              )
                                       )
                Plaintiff,             )
                                       )         Criminal Action No. 05-99-SLR
        v.                             )
ROBERT URQUHART                        )
                Defendant.             )

### ORDER

IT IS ORDERED  this ___24th___ day of ___January___ , 2008, that Counts Two and

Three of the Indictment dated November 10, 2007, shall be dismissed.

_____
HONORABLE SUE L. ROBINSON
United States District Judge